## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 24-302-GW-Ex | Date | March 11, 2024 |
| Title | *Rayna Pantaleon Vasquez v. Nissan North America, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Camran K. Pakbaz | Naoki S. Kaneko | |

**PROCEEDINGS:**  **PLAINTIFF REYNA PANTALEON VASQUEZ'S MOTION TO REMAND [13]; and SCHEDULING CONFERENCE**

The Court's Tentative Ruling on Plaintiff's Motion [13] was issued on March 7, 2024 [20]. Court and counsel confer. Plaintiff's Motion is DENIED.

Court and counsel discuss scheduling. The scheduling conference is continued to March 18, 2024 at 8:30 a.m. The parties are to file an updated scheduling report by noon on March 13, 2024.

|  | : | 01 |
|---|---|---|
|  | Initials of Preparer | JG |