UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-302-GW-Ex | Date | September 20, 2024 |
|---|---|---|---|
| Title | *Rayna Pantaleon Vasquez v. Nissan North America, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

A Joint Notice of Settlement [29] was filed on September 20, 2024. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 90 days. The Court sets an order to show re: settlement hearing for December 23, 2024 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal/stipulation to dismiss is filed by noon on December 20, 2024.

:

Initials of Preparer     JG