JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA PANTALEON VASQUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: CV 24-302-GW-Ex<br><br>*Judge George H. Wu*<br>*Magistrate Judge Charles F. Eick*<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed without prejudice. The Court retains jurisdiction over the terms of the Parties' settlement agreement.

**IT IS SO ORDERED.**

DATE: August 26, 2025          By: _____
                                    HON. GEORGE H. WU,
                                    United States District Judge

1